UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.*, | : | |
|    Vicki Tensmeyer, *et al.* | : | District Judge Jeffery P. Hopkins |
| | : | |
|    Plaintiffs/Relators, | : | Case No. 1:16-cv-1143 |
| | : | |
| v. | : | **FILED UNDER SEAL** |
| | : | |
| UNITED ENERGY WORKERS | : | |
| HEALTHCARE CORP., *et al.*, | : | |
| | : | |
|    Defendants. | : | |

**ORDER**

The Court, having considered the United States' Notice of Election to Intervene for Settlement and Motion for Order Lifting Seal, IT IS HEREBY ORDERED as follows:

1) The seal is lifted as to the filing of this case, the Complaint and Amended Complaint filed herein, and the Notice of Election to Intervene filed by the United States. The seal is also lifted as to any pleadings filed and orders entered subsequent to the Notice of Election to Intervene. All other pleadings filed in this case shall remain under seal;

2) The United States and Relators shall file a stipulation of dismissal of this case after receipt of all payments from Defendants required pursuant to the terms of the Settlement Agreements entered into by the parties;

3)  The Court shall retain jurisdiction to address any disputes arising under the Settlement Agreements entered into by the parties; and

4)  This case and all unsealed pleadings and orders shall be made available on the Court's CM/ECF system.

IT IS SO ORDERED.

Dated: February 6, 2023

UNITED STATES DISTRICT JUDGE